# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MOHAMMED COLLINS

NO. 2020 KW 0344

**JUNE 19, 2020**

---

In Re:     Mohammed Collins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-11-0189.

---

**BEFORE:     WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

> **VGW**
> **JMG**
> **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.